IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-4038-FJG-1 |
| | ) | |
| DWAYNE LAMAR PORTER, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. # 70 filed on March 11, 2014), to which no objection has been filed, the plea of guilty to Counts 1, 5, and 9 of the Indictment which was filed on May 23, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                               */s/ Fernando J. Gaitan, Jr.*
                                               Fernando J. Gaitan, Jr.
                                               United States District Judge

Dated: April 1, 2014
Kansas City, Missouri